PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
ERICA DEUTSCH (Bar No. 204427)
edeutsch@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue
Suite 800
Glendale, California 91203
telephone: (818) 973-3200
facsimile: (818) 973-3201

Attorney for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS PENSION PLAN;
and TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH PLAN

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>SEE YOU IN SEPTEMBER, LLC, a New York Limited Liability Company,<br><br>Defendant. | Case No. CV 09-04230 AHM (AJWx)<br><br>JUDGMENT<br><br>Honorable A. Howard Matz |

Upon motion by Plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of Defendants was entered herein in the office of the Clerk of this Court on September 3, 2009.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

The Trustees of the Screen Actors Guild Producers Pension Plan and the Trustees of the Screen Actors Guild - Producers Health Plan shall recover from See You In September, LLC a New York limited liability company, the following sums:

| | |
|---|---|
| Pension & health contributions | $34,849.15 |
| Interest | $ 3,496.68 |
| Liquidated damages | $ 6,969.83 |
| Attorneys' fees | $ 4,025.00 |
| Court Filing Costs | $    350.00 |
| Other Costs | $    277.05 |
| **Total Judgment** | **$ 49,967.71** |

Dated: October 27, 2009

_____
UNITED STATES DISTRICT JUDGE

**JS-6**