O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4230 AHM (AJWx) | Date | December 16, 2010 |
|---|---|---|---|
| Title | TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, et al. v. SEE YOU IN SEPTEMBER, LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

    This case is before the Court on Plaintiffs' motion for assignment order to enforce judgment.[1]  On June 12, 2009, Plaintiffs filed suit against defendant See You In September, LLC ("Defendant") seeking to recover unpaid contributions to the Screen Actors Guild employee welfare benefit plans.  Defendant failed to answer the complaint or otherwise defend the lawsuit.  On October 26, 2009, the Court granted Plaintiffs' motion for default judgment.

    Plaintiffs now seek satisfaction of their judgment through the assignment of payments due to Defendant from Moving Pictures Film and Television, Ltd. ("MPF").  According to Plaintiffs, MPF is "an entertainment and distribution company, and public records evidence that MPF is marketing and distributing [the film See You In September]."  Plaintiffs' Memorandum in Support p. 2.  Further, "[t]hese Film rights appear to be the only asset of [Defendant]."  *Id.*  Thus, payments by MPF to Defendant for the film rights are the only readily available method of satisfying Plaintiffs' judgment.

    Plaintiffs' motion is unopposed.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7–12.  In addition, the motion appears meritorious on its face.  *See* Fed. R. Civ. P. 69(a) ("[P]roceedings . . . in aid of judgment or execution must accord with the procedure of the state where the court is locates . . . ."); Cal. Code Civ. Proc. §

---

[1]Docket No. 16.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4230 AHM (AJWx) | Date | December 16, 2010 |
|---|---|---|---|
| Title | TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN, et al. v. SEE YOU IN SEPTEMBER, LLC | | |

708.510(a)-(d) ("[T]he court may order the judgment debtor to assign to the judgment creditor . . . all or part of a right to payment due or to become due . . . . A right to payment may be assigned . . . only to the extent necessary to satisfy the money judgment." ).

      Accordingly, Plaintiffs' motion is GRANTED. It is ORDERED that all payments due to Defendant now and in the future from MPF and any of its subsidiaries, agents, and assignees be assigned to Plaintiffs to the extent necessary to satisfy the judgment in this matter, which is in the amount of $49,967.71. Defendant may not assign any payments from MPF to any other legal entity until that amount has been paid to Plaintiffs. MPF shall make such payments directly to Plaintiffs care of their counsel, Bush Gottlieb Singer López Kohanski Adelstein & Dickinson, located at 500 North Central Avenue, Suite 800, Glendale, California, 91203-3345.

      No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |